Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 24–04021
Chapter: 0
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:

PLEASE TAKE NOTICE that a hearing will be held at

Hearing Link: https://bit.ly/3W4eGC0, Instructions at www.txeb.uscourts.gov

on 4/19/24 at 10:15 AM

to consider and act upon the following:

Status Conference Set (RE: related document(s)1 COMPLAINT: (72 (Injunctive Relief – other)): filed by Jeff Carruth on behalf of KRS Fort Worth, LLC, West Wharton Hospital District against United States Department of Health & Human Services, Centers for Medicare & Medicaid Services, through its secretary Xavier Becerra. (Attachments: # 1 Exhibit) (Carruth, Jeff) Modified on 4/18/2024 (sd). filed by Plaintiff KRS Fort Worth, LLC, Plaintiff West Wharton Hospital District).. Hearing scheduled for 4/19/2024 at 10:15 AM at Virtual Hearing Location (TYL Apr 19). (jd)

Dated: 4/18/24

Jason K. McDonald
Clerk, U.S. Bankruptcy Court