Form ntchrgAD

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Adversary Proceeding: 24–04021
Judge: Brenda T. Rhoades

In Re:

KRS Fort Worth, LLC v. United States Department of Health & Human Service

## NOTICE OF COURT PROCEEDING BY TELEPHONIC HEARING

Notice to parties of continued hearing.

A status hearing in reference to Complaint filed as document number 1 will be held on **Wednesday, April 24, 2024** at **01:30 PM**

Conference Telephone Number: 972–601–0797
Conference Access Code: 869 139 395#

Please review the instructions contained in the following link for all the telephonic hearings before Judge Rhoades: https://www.txeb.uscourts.gov/content/judgerhoades. The information can be found by accessing the Court's webpage at https://www.txeb.uscourts.gov and choosing Judges Info, then choosing Judge Rhoades, and then choosing Telephonic Hearing tab. Parties may request a video or live hearing by filing a timely request explaining the need for such hearing. The Conference ID is subject to change. If you experience any technical difficulties contact CRD_Plano@txeb.uscourts.gov or 972–663–4726 and view our website for updated hearing information at: https://www.txeb.uscourts.gov/judge–rhoades–docket.

Dated: Friday, April 19, 2024

Jason K. McDonald
Clerk, U.S. Bankruptcy Court