**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| REMARKABLE HEALTHCARE OF CARROLLTON, LP, et al. | § § § § | 24-40605 (Ch. 11) |
| DEBTORS. | § § § | Jointly Administered |
| KRS FORT WORTH, LLC AND WEST WHARTON HOSPITAL DISTRICT | § § § § | |
| Plaintiffs | § § | Adv. Proc. No. 24-04021 |
| vs. | § § | |
| UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, CENTERS FOR MEDICARE & MEDICAID SERVICES, THROUGH ITS SECRETARY, XAVIER BECERRA | § § § § § | |

**ORDER GRANTING PLAINTIFF'S NOTICE AND/OR MOTION TO DISMISS ADVERSARY PROCEEDING WITHOUT PREJUDICE (RE: DOCKET NO. 9)**

On July 9, 2024, the Court conducted a status hearing and therein also considered regarding the *Plaintiff's Notice and/or Motion To Dismiss Adversary Proceeding Without Prejudice* (Docket No. 9) (the "Motion") filed herein on July 8, 2024 by Plaintiff, KRS Fort Worth LLC and West Wharton Hospital District. In light of the Plaintiffs right to dismiss under F. R. Bankr. P. 7041, and the lack of any answer on file in this action to date, the Court is of the opinion that the following Orders should be entered..

**IT IS THEREFORE ORDERED THAT** this adversary proceeding is hereby dismissed without prejudice. Each party shall bear its own costs.

Dated: _____

_____
THE HONORABLE BRENDA T. RHOADES
UNITED STATES BANKRUPTCY JUDGE